IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON ) | |
| ) | |
| v. ) | Civil Action No. 3:07cv915-ID |
| ) | |
| UNITED STATES OF AMERICA ) | |

**UNITED STATES' MOTION TO EXTEND RESPONSE DATE
TO DEFENDANT MARVIN C. THOMPSON'S 28 U.S.C. §2255 MOTION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this request to extend the United States's response date to Defendant Marvin C. Thompson's 28 U.S.C. §2255 motion, and as grounds states the following:

1. The government's response to Marvin C. Thompson's § 2255 motion is currently due November 13, 2007.

2. The undersigned Assistant United States Attorney was in jury selection and trial in the matter of U.S. v. Clifford Ferguson, Cr. No. 2:07cr25-WKW, on November 5, 8, and 9, 2007. The government respectfully requests an extension to November 19, 2007, in which to file its response.

3. Defendant will not be prejudiced by a short continuance.

Respectfully submitted on this 9th day of November , 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>
>/s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone:  (334) 223-7280
>Fax:  (334) 223-7135
>E-mail:  tommie.hardwick@usdoj.gov
>ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN C. THOMPSON | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07cv915-ID |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the Motion to Extend Response Date to the following non-CM/ECF participant: Marvin C. Thompson, 84302-020, FCI Yazoo City Low, Post Office Box 5000, Yazoo City, Mississippi 39194.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T