IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARVIN C. THOMPSON,     *
    Petitioner              *

vs.                        *    CIVIL ACTION No.: 3:07cv 915-ID

UNITED STATES OF AMERICA,
    Respondent.           *

*(Received 2007 NOV 29 A 9:22, DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA)*

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO SUBMIT
A TRAVERSE TO THE GOVERNMENT'S RESPONSE**

    **COMES NOW,** the petitioner, MARVIN C. THOMPSON, proceeding pro'se and respectfully files this motion for an extension of time and in support thereof states the following:

(1) The Petitioner filed a motion pursuant to **Title 28 U.S.C. §2255** in this Honorable Court.

(2) The government filed its response to the Petitioner's motion, however, as of the date of this filing the Petitioner has yet to receive the government's response.

(3) That the government would not be prejudiced by granting the Petitioner's request for an extension of time to adequately address their response and offer supporting facts in traverse to the government's response.

    **WHEREFORE,** the Petitioner respectfully request this Honorable Court to grant an extension of Twenty (20) days in which the Petitioner may have to submit his traverse to the government's response.

Done This The __ Day of November 2007.

                                        Respectfully Submitted

                                        */s/ Marvin C. Thompson*
                                        MARVIN C. THOMPSON   November 26, 2007

*(Court's copy)*

CERTIFICATE OF SERVICE AND/OR MAILING

CASE NAME: Marvin C Thompson v. United States of America
CASE NUMBER: 3:07-CV-915-ID

I, the undersigned, hereby affirm that on this 26th day of NOVEMBER, 2007. I deposited in the receptacle for the United States mail provided for inmates at this Institution, first class postage prepaid, in a sealed envolope to; The Clerk of Court for The U.S. District Court/ U.S Attorney. U.S. District Court, P.O Box 711 Montgomery AL. 36101-0711

A true and correct copy of the attached documents identified as follows: Motion for Continuance

In accordance with Houston v. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and this declaration was executed on NOVEMBER 26th, 2009.

At ~~Montgomery, Alabama~~ Yazoo City Federal Correctional INST. P.O Box 5000/16L Yazoo City MS 39194

_Marvin C. Thompson_

Mr. MARVIN C. THOMPSON 84302-020
Yazoo Federal Correctional INST.
P.O Box. 5000/1BL
Yazoo City MS. 39194



JACKSON MS 390

27 NOV 2007 PM 3 L

Office of The Clerk.
United States District Court
P.O Box 711
Montgomery Ala, 36101-0711

36101+0711