IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, )<br>)<br>Petitioner, )<br>)<br>v )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 3:07cv915-ID |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from December 10, 2007, to and including January 3, 2008, to file a reply to the government's response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on November 19, 2007.

Done this 29th day of November, 2007.

      /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE