IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN C. THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 3:07-cv-915-ID |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION

In an order granted by this court on the 29th day of November, 2007, Petitioner was granted an extension of time to file a reply to the government's response to his 28 U.S.C. § 2255 motion.

Petitioner informs the court that as of this date he has not received a copy of the government's response. It appears that the government's response was either lost in the mail or was not sent as the court apparently believes.

THEREFORE, Petitioner requests that the court order the government to provide their response to him within three (3) days of its receipt of this motion by Certified Registered Overnight mail service in order to spare Petitioner under hardship in compliance with the court's order of extension.

Done this 11th day of December, 2007.


MARVIN C. THOMPSON
Petitioner

CERTIFICATE OF SERVICE AND/OR MAILING

CASE NAME: **MARVIN C THOMPSON** v. **United States of America**

CASE NUMBER: **3:07 CV-915-ID**

I, the undersigned, hereby affirm that on this **11** day of **DECEMBER**, **2007**. I deposited in the receptacle for the United States mail provided for inmates at this Institution, first class postage prepaid, in a sealed envelope to:

Office of The Clerk
United States District Court
P. o Box 711
Montgomery AL. 36101-0711

A true and correct copy of the attached documents identified as follows: Motion To order government To respond Certified Registered overnight Mail (respond within (3) days

In accordance with Houston v. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and this declaration was executed on **December 11th**, 200**7**. At Oakdale, Louisiana.

*Marvin C. Thompson*

Mr. Marvin Thompson, 84302-020
Yazoo Federal Correctional Inst;
P.O. Box 5000/IBL
Yazoo City MS. 39194

JACKSON MS 392
12 DEC 2007 PM 3 L



(Office of The Clerk.)
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101-0711