IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv915-ID |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On December 14, 2007, the petitioner filed a motion (Doc. No. 10) in which he maintains that he has not received a copy of the government's response to his 28 U.S.C. § 2255 motion in compliance with this court's order entered on November 19, 2007. The court construes the instant motion as a motion for extension of time. Upon consideration of the motion for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that petitioner be GRANTED an extension from January 3, 2008, to and including January 11, 2008, to file a reply to the government's response to his § 2255 motion.

In the interest of judicial economy, the CLERK is hereby DIRECTED to serve a copy of the government's response and all accompanying attachments (Doc. No. 6) upon the petitioner.

Done this 14th day of December, 2007.

          /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE