IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION

MARVIN C. THOMPSON, §
§
    petitioner, § CIVIL ACTION NO.307cv915-ID
§
VS. §
§
UNITED STATES OF AMERICA §
§
    respondent §
§
_____ §

**PETITIONERS MOTION TO EXPAND THE RECORD**
IN SUPPORT OF PETITIONER'S MOTION TO
VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO TITLE 28 U.S.C. § 2255

COMES NOW PETITIONER, **MARVIN C. THOMPSON**, acting in propria persona [hereinafter] referred to as the "PETITIONER" and in support of his motion to vacate, set aside, or correct sentence pursuant to title 28 U.S.C. section 2255 hereby states as follows.

Petitioner is currently confined in the federal correctional, institution at FCC YAZOO CITY, P.O. BOX 5000, YAZOO CITY MISSISSIPPI 39194. as a result of the OCTOBER 8th 1992 21 u.s.c. § 846 conviction which was imposed by the United States District court for the Middle District of Alabama on JANUARY 22nd 1993, and sentenced the petitioner, where the sentencing commission has granted retroactive application for offenses involving cocaine base (Crack).

STATEMENT OF JURISDICTION

Jurisdiction is invoked upon this Honorable Court Pursuant to 28 U.S.C. § 2255. and filed the section 2255 motion on a timely basis in light of the Antiterrorism and Effective Death Penalty Act (AEDPA) of 1996 and pursuant to § 2255.

Effective November 1st 2007 the **united states sentencing commission,** amended the guidelines and on **December 11th 2007** made the amendment retroactive.petitioner filing pro'se submitted his 28 U.S.C.§2255 and is presently before the court, ~~for~~ seeking consideration of that motion. 1B1.10 of the federal sentencing guidelines manual,reduction in term of imprisonment as a result of amended guideline range(policy statement) see USCA Title 28 Judiciary & Judicial Procedure §2255 to 2460 where CHAPTER 153(9) Where issue in a proceeding to vacate sentence is the retroactivity of a new law established after conviction and appeal, question of prejudice to petitioner is a relevant consideration,**Chandler v. U.S.,D.C.Md.1971, 332 F.SUPP. 397.Also a court is to treat a change in law differently when a case is on direct review than when a judgement is collaterally attacked,in that on direct review a court is to apply the law in effect at the time it renders its decision but on collateral attack the court must analyze the new rule in light of its prior history purpose and effect and decide whether retrospective application of the new rule would further or retard its effect. McClain V.U.S.,D.C.N.Y. 1979,478 F.SUPP. 732** remanded on other grounds 643 F 2nd 911,cert denied. On October 8th 1992 petitioner was convicted by plea of guilt to 21, U.S.C. §846 and on January 22nd 1993 he was sentenced to the maximum allowable sentence for his mandatory minimum guideline range.the several attempts to appeal and recieve relief from such harsh sentencing came to no avail,petitioner now comes before this court requesting that not only he be granted the relief set out in the present sentencing guide line change but also that he be considered for immediate release in light of these changes that alters his sentencing range from **137 months to the range of between 92-115 months** which would satisfy his sentence originally mandated by this court, and all other considerations This Court deems appropriate.

DONE THIS _17th_ day _Dec_ OF ~~april~~ 2007

_Marvin C Thompson_ (cp)

## CERTIFICATE OF SERVICE AND OR MAILING

CASE NAME: MARVIN C. THOMPSON                   v.   UNITED STAES OF AMERICA

CASE NUMBER: 3:07-cv-915-ID

I, the undersigned, hereby affirm that on this **17th** day of **December**, 2007. I deposited in the receptacle for the United States mail, provided for inmates at this Institution, first class postage prepaid, in a sealed envelope to; **UNITED STATES DISTRICT COURT(CLERK) P.O.BOX 711, Montgomery AL. 36101-0711**

A true and correct copy of the attached documents identified as follows: **Motion to Amend 28 U.S.C. 2255 Presently before the court, with supporting facts.**

In accordance with <u>Houston v. Lack</u> 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and this declaration was executed on **December 17th**, 2007. AT **YAZOO City Mississippi.**

*/s/ Marvin Thompson*
MARVIN . THOMPSON

MR MARVIN C. THOMPSON 84302-020
P.O.BOX 5000/1BL
FEDERAL CORRECTIONAL INSTITUTION
YAZOO CITY MS. 39194






FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 12-17-07 THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened or inspected if
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.

(Office of the clerk)
UNITED STATES DISTRICT COURT
P.O.BOX 711
Montgomery AL.36101-0711



3c USA

*NEW LAW → Exhibit (A) IN support of relief*

```
OAK35                    *    PROGRESS REPORT      *    06-11-2007
PAGE                                                     12:13:02

RSP OF: OAK OAKDALE FCI           US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        1507 EAST WHATLEY ROAD
        OAKDALE, LA 71463
        318 335-4070
NAME: THOMPSON, MARVIN C          REG NO: 84302-020  AGE(DOB): 46/11-12-1960
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| *provided copy* | 6/11/07 | *J. Jacquet* |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER _X_ OTHER: ___

PRESENT SECURITY/CUSTODY LEVEL:
    LOW        /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21:846 CONSPIRACY TO DISTRIBUTE COCAINE BASE
   46 MONTHS

DATE COMPUTATION BEGAN: 04-04-2006

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0   /0   /0 | 54 | M:   14  D: 8  + 7    JC - 0    INOP |

PROJECTED RELEASE DATE: 07-31-2009   PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: (LIST CO-DEFENDANTS, SENTENCE LENGTH AND PAROLE ACTION IF PAROLABLE)

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                         BP-CLASS-3

------------------------------ INSTITUTIONAL ADJUSTMENT ------------------------------

A. PROGRAM PLAN: Inmate Thompson was initially classified at FCI Oakdale on August 23, 2006. He was encouraged to participate in Drug Education classes, Pre-Release classes and other educational classes. He was also encouraged to maintain a clear conduct record and good work evaluations.

B. WORK ASSIGNMENTS: Inmate Thompson is currently assigned to the Rec AM detail and receives satisfactory work evaluations. He is described as a average worker. He is paid as a grade 4 and earns approximately $2.70 per month. He gets along well with other inmates and has a satisfactory rapport with staff.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|-----------------|---|------------|-----------|
| OAK  | REC AM          | REC AM                       | 01-29-2007 | CURRENT    |
| OAK  | FS DAY          | FOOD SVC DAY                 | 11-14-2006 | 01-29-2007 |
| OAK  | CMS CONT 2      | CMS CONSTRUCTION 2           | 11-13-2006 | 11-14-2006 |
| OAK  | FS DAY          | FOOD SVC DAY                 | 10-30-2006 | 11-13-2006 |
| OAK  | FS AM           | FOOD SVC AM                  | 09-13-2006 | 10-30-2006 |
| OAK  | FOOD SVC        | FOOD SERVICE                 | 09-11-2006 | 09-13-2006 |
| OAK  | CCS PM          | CCS PM                       | 08-21-2006 | 09-11-2006 |
| OAK  | A&O             | A&O                          | 08-11-2006 | 08-21-2006 |
| ATL  | DCU UNASSG      | DETENTION CENTER UNASSIGNED  | 07-24-2006 | 08-11-2006 |

*[handwritten annotation: "Head cook for The warden and Staff" pointing to FOOD SVC row dates 09-11-2006 → 09-11-2006]*

C. EDUCATIONAL/VOCATIONAL PARTICIPATION:

------------------------------ EDUCATION INFORMATION ------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------------|-------------|-----------------|----------------|
| OAK  | ESL HAS    | ENGLISH PROFICIENT            | 02-26-1993 1921 | CURRENT |
| OAK  | GED HAS    | COMPLETED GED OR HS DIPLOMA   | 05-03-1993 1513 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| OAK | CDL                          | 03-16-2007 | CURRENT    |   |   |   |   |
| OAK | SELF STUDY/ANGER (RP6) *     | 01-30-2007 | 02-02-2007 | P | C | P | 8 |
| OAK | EMPLOYABILITY SKILLS (RP2) * | 11-29-2006 | 11-30-2006 | P | C | P | 4 |
| OAK | FOUR STAGES INTERVIEW (RP2) *| 11-18-2006 | 11-18-2006 | P | C | P | 2 |
| OAK | COPING (RP6) *               | 10-20-2006 | 11-13-2006 | P | C | P | 8 |
| OAK | PERILS OF PLASTIC (RP3)      | 10-28-2006 | 10-28-2006 | P | C | P | 2 |
| OAK | SELF STUDY/BLD TRUST (RP6) * | 10-02-2006 | 10-20-2006 | P | C | P | 8 |
| OAK | TOUR MEXICO/ACE              | 10-11-2006 | 10-12-2006 | P | C | P | 4 |
| OAK | SELF-STUDY BUS. MATH         | 08-29-2006 | 09-29-2006 | P | C | P | 8 |

*[handwritten annotation: "Started 17 days after arrival programming !"]*

D. COUNSELING PROGRAMS: Inmate Thompson has completed several educational classes to aid him upon his release. He is not required to participate in counseling programs.

E. INCIDENT REPORTS:

(NO DISCIPLINARY INFRACTIONS) INCURRED DURING THIS REPORTING TIME.

F. INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT         | EFFECTIVE DATE |
|-------------|------------|-----------------------------|----------------|
| OAK         | A-DES      | COMMIT OF SUPERVISED REL VIOL | 08-11-2006   |

*Exhibit(s) Petitioner has made great strides since his initial incarceration as a crackaddict, to include up to and after Nov. 17, 2005 to date. Let my actions reflect my character.*

```
*              INMATE EDUCATION DATA                  *    01-31-2007
OF 004 *              TRANSCRIPT                            11:05:57

REGISTER NO: 84302-020      NAME..: THOMPSON              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: OAK-OAKDALE FCI

------------------------------ EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
MON        BLACK HISTORY COURSE        07-08-1996  08-21-1996  P   C  P   20
TDG        COL. LABOR ECONOMICS        01-23-1995  05-13-1995  P   C  P   60
TDG        COL. ADV. GEN. SOCIOLOGY    01-23-1995  05-23-1995  P   C  P   60
TDG        COLLEGE PHILOSOPHY          01-23-1995  05-12-1995  P   C  P   60
TDG        INTRO TO SOCIOLOGY          09-10-1994  12-15-1994  P   C  P   60
TDG        INTRO. TO MATH             (09-10-1994) 12-15-1994  P   W  V    0
```

*Beginning of Sentence* (arrow pointing to 09-10-1994)

```
G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
*           INMATE EDUCATION DATA            *    01-31-2007
*                   TRANSCRIPT               *    11:05:57

REGISTER NO: 84302-020      NAME..: THOMPSON              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: OAK-OAKDALE FCI

----------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL     DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
TDG SC DRG   GETTING BIRTH/DRIVE LICENSE 10-12-2000 10-12-2000   P   C  P    1
TDG SC DRG   AIDS AWARENESS              10-12-2000 10-12-2000   P   C  P    1
MON          DRY CLEANING                08-26-1998 08-10-2000   P   C  A 3000
MON          ADVANCE ELECTRICAL          07-07-1999 09-19-1999   P   C  P   12
MON          BASIC ELECTRICAL            04-18-1999 06-20-1999   P   C  P   10
MON          CAREER PLANNING             04-04-1999 06-23-1999   P   C  P   12
MON          SPEECH                      01-08-1999 04-09-1999   P   C  P   18
MON          DOLLARS AND SENSE 1         01-05-1999 02-09-1999   P   C  P    6
MON          MONEY MGT                   12-07-1998 12-07-1998   P   C  P    1
MON          FIN A CAR                   12-07-1998 12-07-1998   P   C  P    1
MON          STESS MANAGEMENT            06-24-1998 06-24-1998   P   C  P    1
MON          INTRODUCTION TO CERAMICS    02-04-1998 03-09-1998   P   C  P    2
MON          COMMERCIAL DRIVER'S LICENSE 06-04-1997 09-04-1997   P   C  M  100
MON          REAL ESTATE INVESTMENT      03-04-1996 07-29-1997   P   C  P   20

G0002        MORE PAGES TO FOLLOW . . .
```

```
                         INMATE EDUCATION DATA      *    01-31-2007
                                 TRANSCRIPT         *    11:05:57

REGISTER NO: 84302-020        NAME..: THOMPSON             FUNC: DIS
FORMAT.....: TRANSCRIPT       RSP OF: OAK-OAKDALE FCI

----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
TDG SC DRG  UNIT PRERELEASE PROGRAM      10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  GETTING A SOC SEC CARD       10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  GETTING/KEEPING A JOB        10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  RELEASE REQUIREMENTS&PROCEDURE 10-13-2000 10-13-2000   P   C  P    1
TDG SC DRG  SEARCHING FOR A JOB          10-13-2000 10-13-2000    P   C  P    2
TDG SC DRG  HEALTH PROMO/DISEASE PREVENT 10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  RELEASE GRATUITIES           10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  FITNESS                      10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  FAMILY ISSUES                10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  EATING RIGHT                 10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  OBTAINING CREDIT REPORT      10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  COMMUNITY SERVICES           10-13-2000 10-13-2000    P   C  P    1
TDG SC DRG  COST OF CREDIT               10-12-2000 10-12-2000    P   C  P    1
TDG SC DRG  BUDGET/SAVINGS               10-12-2000 10-12-2000    P   C  P    1

G0002        MORE PAGES TO FOLLOW . . .
```

```
                        INMATE EDUCATION DATA          *    01-31-2007
   . * .                     TRANSCRIPT                *    11:05:57

REGISTER NO: 84302-020      NAME..: THOMPSON                FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: OAK-OAKDALE FCI


-------------------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
OAK  ESL HAS    ENGLISH PROFICIENT       02-26-1993 1921 CURRENT
OAK  GED HAS    COMPLETED GED OR HS DIPLOMA 05-03-1993 1513 CURRENT


-------------------------------  EDUCATION COURSES  ------------------------------
SUB-FACL    DESCRIPTION                  START DATE STOP DATE  EVNT AC LV HRS
OAK         EMPLOYABILITY SKILLS (RP2)   11-29-2006 11-30-2006  P   C  P    4
OAK         FOUR STAGES INTERVIEW (RP2)  11-18-2006 11-18-2006  P   C  P    2
OAK         COPING (RP6)                 10-20-2006 11-13-2006  P   C  P    8
OAK         PERILS OF PLASTIC (RP3)      10-28-2006 10-28-2006  P   C  P    2
OAK         SELF STUDY/BLD TRUST (RP6)   10-02-2006 10-20-2006  P   C  P    8
OAK         TOUR MEXICO/ACE              10-11-2006 10-12-2006  P   C  P    4
OAK         SELF-STUDY BUS. MATH  Started→ 08-29-2006 09-29-2006  P   C  P    8
TDG SC DRG  TYPING I WED & THUR 5-7PM    09-14-2000 02-05-2001  P   C  P   40
TDG SC DRG  USPO/CCC                     10-13-2000 10-13-2000  P   C  P    1


G0002         MORE PAGES TO FOLLOW . . .
```