IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARVIN C. THOMPSON,            )
    Petitioner,              )
                             )
V                              )   Civil Action No.3:07cv915-ID
                             )
UNITED STATES OF AMERICA       )
    RESPONDENT.              )

## NOTICE OF INTENT

In Accordance with;

Rule 404(b) evidence intended for the purpose of proof of motive, opportunity,intent,preparation,plan,knowledge,identity or absecence of mistake or accident." note to subdivision (a)states,once the admissibility of character evidence in some form is established under this rule,reference must then be made to rule 405,which follows, in order to determine the appropriate method of proof. if character is that of a witness, see rules 608 and 610 for methods of proof. See;609 Note to subdivision (a)(1)credibility of a witness may be attacked where the court determines that the probative value of the conviction outweighs its prejudicial effect to the defendant; or (2) involved dishonesty or false regardless of the punishment.By the phrase"dishonesty and false statement" the conference means crimes such as perjury or subordination of perjury,false statement,criminal fraud, embezzlement, or false pretense or any other offense in the nature of crimen falsi, the commission of which involves some element of deceit, untruthfulness,or falsification bearing on the accused's propensity to testify truthfully.petitioner does now serve notice of intent to use evidence under these rules.

and requests that this court also accept all affidavits and articles into evidence for consideration upon their submission and enter such into the record should the court grant evidentiary hearing, once all memoranduns and other motions for discovery and interrogatories are recieved.

Done This 20th Day Dec Of our Lord 2007

*Maurice C Thompson*

## CERTIFICATE OF SERVICE AND OR MAILING

CASE NAME: Marvin C. Thompson v. United States of America

CASE NUMBER: Civil Action Number 3:07CV915-ID.

I, the undersigned, hereby **affirm** that on this 20th day of November, 2007, I deposited in the receptacle for the United States mail, provided for inmates at this Institution, first class postage prepaid, in a sealed envelope to; U.S. District Court (clerk) & the United States attorney.

A true and correct copy of the attached documents identified as follows: N/A Certificate of Service

Marv Tho...

In accordance with <u>Houston v. Lack</u> 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and this declaration was executed on Marvin Thompson 2007. December 20th 2007

AT Yazoo City, Mississippi.

Marvin C. Thompson

[Envelope image: handwritten return address from Marvin C. Thompson Jr., Ullman Federal Correctional Inst., P.O. Box 5000/B2, Jackson MS 392, postmarked 20 DEC 2007, addressed to Office of the Clerk, U.S. District Court, P.O. Box 711, Montgomery AL 36101-0711. Barcode: 36101+0011.]