PERMISSION
MOTION FOR SUMMARY
JUDGEMENT

MARVIN C. THOMPSON )   Civil Action No. 3:07cv915-ID
)
    Petitioner )
)
V. )
)
UNITED STATES OF AMERICA )
)
    Respondents, )
)

RECEIVED
2008 JAN -2 A 10: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In accordance with the court's October 12,2007 order stating requirements for submission of motion for summary judgement,petitioner does in compliance with that order request permission to move upon the court to grant petitioner permission to proceed. Petitioner has reached the deadline the court gave him to respond to the government and the court.petitioner has moved for an extension due to the governments failure to respond,and is now under nescessity forced to respond without the governments response available to him .petitioner even moved upon the court a second time to requesting the court order the government to respond certified return reciept,registered mail within (3) days and has not recieved response.Rule (56) provides remedy for a party that is denied the due process claims for relief afforded by non-compliance of the opposing party. Petitioner therefore request the required permission needed from the court to obtain relief,that petitioner may adequately comply with the procedures that will provide petitioner the fair impartial opportunity to challenge the governments charges against him and recieve the relief he seeks.

Petitioner does certify that the foregoing is given under penalty of perjury and with his best knowledge and belief.

Done this 31 Day of December 2007      Marvin C. Thompson (r-p)