IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv915-ID |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for leave to file a motion for summary judgement (Doc. No. 17; filed Jan. 2, 2008), it is

**ORDERED** that this motion (Doc. No. 17) be and is hereby DENIED.

Petitioner is reminded that on December 14, 2007, this court entered an order (Doc. No. 11) directing the clerk to serve a copy of the government's response to Petitioner's § 2255 motion and all accompanying attachments upon Petitioner and granting Petitioner an extension to and including January 11, 2008, to file a reply to the government's response.

Done this 9th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE