IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, )<br>)<br>Petitioner, )<br>)<br>v )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 3:07cv915-ID |

**ORDER ON MOTION**

Upon consideration of the motion for discovery (Doc. No. 16) filed by Petitioner on January 1, 2008, and as the information and materials sought by Petitioner are unnecessary to the disposition of the issues raised in this case, it is

**ORDERED** that this motion (Doc. No. 16) be and is hereby DENIED.

Done this 9th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE