MARVIN C. THOMPSON
  PETITIONER

V.

UNITED STATES OF AMERICA
  RESPONDENTS



REF: CR NO-92-162-IDM
CIVIL NO-3:07cv915-ID
State: CC-06-339

## STATEMENT OF FACTS SUPPORTING
## CLAIMS

The matter before this most Honorable Court and Circuit turns upon the "ends of justice." In order for justice to prevail the facts of the case/cause must be forthright and honorable. The petitioner has continuously attempted to assert his actual innocence, and does now state pursuant to, **Witt v. Wainwright, 755 F.2d 1396, 1397 (11th Circuit 1985)** where the court explained that the "ends of Justice" which requires reconsideration is determined by objective factors, such as "whether there was a _full_ and _fair_ hearing on the original petition or whether there was an intervening change in the _Facts_ of the case or the applicable law." The colorable showing of factual innocence, newly discovered facts of petitioners continuously asserted claims of actual innocence, as in **U.S. v. McKie, 73 F.3d 1149 (D.C. CIR. 1996)** "the court held that a remand would be required to determine whether procedural bar, arising from defendant's failure to raise claim on direct appeal, would be set aside to avoid miscarriage of justice, as there was evidence that a defendant was innocent of crime in question." **Also See, U.S. v. Maybeck, 23 F.3d 888 (4th CIR. 1994)** Gonzalez v. Abbott, 967 F.2d 1499 (11th CIR. 1992)(Moore v. Kemp, 824 F.2d 847 (11th CIR. 1987) "Admission of false facts," or in the petitioners case false evidence/preponderance. (Kuhlmann v. Wilson, 477 U.S. 436, 91 L Ed. 2d 364, 106 S.Ct. 2616(1986) _Factual innocence!_ Schulp v. Dello, 513 U.S.___ , 130 L.Ed.2d 808, 115 S.Ct.___ (195). Petitioner has been denied effective assistance of counsel, as stated in the §2255 Motion, the prejudice goes to the weight of the constitutional wrong, opposed to the sufficiency of the evidence assertion by the government. Petitioner seeks relief through **Vacate and remand of his conviction and sentence and for the court to issue an order for immediate release from the federal bureau of prisons, due to petitioners completion of his original supervised release in DECEMBER 2006.**

MARVIN C. THOMPSON                          )

    Petitioner,                         )

                                )    REF: CR NO-92-162-ID

VS,                                         )    Civil No. 3:07cv915-ID

                                )    State : CC-06-339

UNITED STATES OF AMERICA                    )

    Respondents,                        )


### IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION


### FIRST AMENDMENT PETITION TO REDRESS GRIEVANCE BY JUDICIAL REVIEW


**IN THE FOREGOING MATTER; In propria personam,**

In 2001 the the above styled petitioner was released from the Federal Bureau of prisons and began serving a five year supervised release,from this point the petitioner resided,in Lanett Alabama at his release residence.Petitioner remained gainfully employed and did abide by all the terms set out in his conditions of supervised release,as attested to by his probation officer's Rosalyn Oliver and James Chappel.On **NOVEMBER 17,2005** the petitioner's liberty was interrupted and he was subsequently violated for three offenses which the court determined,violative of the conditions of petitioners supervised release.Petitioner asserted from the initial stages of his Federal Supervised Release Revocation Hearing,that he was actually innocent and was the i.e Aggrieved person in those proceedings.

Petitioner now comes before this court pursuant to **USCS Title 5-574(a)(4) pursuant to violation of law which has resulted in manifest injustice,against the Aggrieved person Marvin C. Thompson.Petitioner further supports this assertion**

Pursuant to Title (5-581)Judicial Review accompanied by an affidavit in support of position.The above styled petitioner was convicted and sentenced by this court per the revocation proceedings asserted by U.S.Probation on **April 4,2006** through petition for revocation of supervised release.The alleged violations were as follows

**Count-(1) Obstructing a Governmental Operation.**

**Count-(2) Unlawful Possession of a Controlled Substance,Cocaine.**

**Count-(3) Convicted Felon with a High Point 9mm Firearm.**

and lists the Case Number: 3:92cr162-IDM,DEFENDANT Marvin C. Thompson @ pages 2 of 4 and 4 of 4 also the same;Petitioner moves to redress grievance by judicial review upon this matter and asserts **Manifest Injustice in violation of the law and judgement in the proceedings,based upon the record and the attached documentation titled Exhibit (A) dismissal of all Charges asserted by motion of the State of Alabama,**on March 4,2008.Petitioner respectfully moves upon the court for a swift and immediate order to the Federal Bureau of Prisons,for an Immediate Release Based upon the courts Judicial Review and determination that the petitioner's accusers

have removed any warrants and dismissed charges &the alleged traffic violation which removes all cause from the original petition for arrest and subsequent revocation of supervised release.Petitioner's assertions in his **§2255 motions are supported by this action and serves to establish that petitioner requires the due process afforded the actually innocent,by swift and immediate remedy and redress.**

Petitioner does hereby certify under penalty of perjury that the foregoing is true and has been stated without the intent to defraud or delay.

_Marvin C. Thompson_ 3/10/08

**CERTIFICATION**

I _Marvin C. Thompson_ Do hereby certify that a copy of the foregoing has been sent to the U.S.Attorney/Public Defenders Office.postage pre-paid U.S.Mail,on this date. March 10,2008.

Mr Marvin C. Thompson/84302-020

Yazoo Federal Correctional Inst.

P.O.BOX 5000/1BL

Yazoo City MS.39194



Office of the Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
P.O.BOX 711
Montgomery AL.36101-0711



FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5050
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 3-10-08 THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened or inspected if
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,                          )
    Plaintiff,                        )
                                    )
vs.                                        )     Case No. CC-06-339
                                      )
MARVIN CRAWFORD THOMPSON,                   )
    Defendant.                        )

### ORDER

This matter came before the Court on an oral Motion to Dismiss entered by the State of Alabama. After having considered the same, said motion is granted. This matter is hereby dismissed and the Defendant shall be released from any pending bond in this matter.

The Bench Warrant issued in this matter is hereby withdrawn.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to counsel for the Defendant.

DONE this the 4th day of March, 2008.

_____
TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS

MAR    4 2008

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

MARVIN C.THOMPSON                          )

    Plaintiff                              )

      V                                    )

                              )

United States of America                   )         REF:CR NO 92-162-IDM

    Respondents                            )          CIVIL NO 3:07CV915-1D

                              )         State:CC-06-339


## AFFIDAVIT IN SUPPORT OF
## POSITION


I *Marvin c. Thompson* Do Affirm by and through the foregoing affidavit that the motion submitted does reflect the truth and supports the claim s herein.


**Affiant States that:**the attached letter from the Clerk of Court is an exact copy of the original,and contains only the information sent by named parties therein.

**Affiant States That: his liberty has continuously been restrained due to this grievous action of violation ,due to the dismissed charges identified as exhibit (A).**

**Affiant States That:**His grievance contains sufficient merit to support the relief and remedy sought from this court.


Further Affiant Sayeth Naught_____


Done this *10th* day of *Febuary* 2008

## CERTIFICATE OF SERVICE

I *Marvin Thompson* Do hereby certify that a copy of the original motion and attachments were sent postage pre-paid U.S. Postal mail to the parties named herein..

Done this *10th* day of *February* 2008

*Marvin C. Thompson*