MARVIN C. THOMPSON
      Petitioner,

V

UNITED STATES OF AMERICA
      Respondents,

RECEIVED

2008 MAR 31  A 10: 44

DEBRA P. HACKE
U.S. DISTRICT C
MIDDLE DISTRICT A

ONLY TO REF: CIVIL NO-3:07cv915-

)
)
)
)
)
)
)
)
)

MOTION FOR HEARING ON NEW EVIDENCE
STYLED FIRST AMENDMENT PETITION TO
REDRESS GRIEVANCE BY JUDICIAL REVIEW

    **The Matter referenced above**

was construed as a statement of facts supporting claims,and entered it under

the current §2255 that the court has before it for review.The petitioner does

understand how what he intended to be an introduction to his petition for redress

grievance by judicial review was not entered as he had intended.Due to the caption

and reference manner he chose.Petitioner does now seek to have this matter re-

considered and  corrected by this motion.The primary purpose for the initial

filing on March 10 2008 and the re-filing that the court finally recieved on

March 21,2008 was to address the matter styled as exhibit (a) the state courts

order **Dismissing** all charges stemming from the **November 17,2005** arrest which

caused the Violation of this petitioners supervised release.Petitioner seeks

a set hearing/ruling regarding the Actual Innocence assertion and the documented

proof that he was not guilty of the charged conduct alleged in the **April 4,2006**

**Proceedings where the court found by preponderance of the evidence that he violated**

**the conditions of his supervised release** ,based solely upon the charged conduct

and testimony that has been rendered insufficient to support the claims.Petitioner

appeals to this courts sense of fairness and reason for an immediate review/ruling,based

upon the facts.

upon the facts,and the states clear determination that the charges were not supported by any evidence that could connect the petitioner to any violation of law.The petitioners supervised release was violated based upon these charges and allegations that have no merit or support in law or facts and the petitioner has been severely damaged by the proceedings that caused the petition for revocation to proceed.The petitioner has suffered tremendously and along with his near terminally ill mother who has been denied adequate care since his **April 4,2005 Violation.**Petitioners supervised release was completed on **December,2006** and he has continuously been incarcerated for these false charges for over (23) months,to delay a ruling in this cause would deny the due process afforded the actually innocent and severely damage the perception of justice.Therefore petitioner beseeches this most Honorable court to delay no further its ruling and accept the evidence in totality that has been presented and rule favorably for an immediate release of this **Aggrieved person.**

Done this 28th day of March 2008.

I AM _Marion C. Thompson_

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,         )
      Plaintiff,         )
                        )
vs.                      )     Case No. CC-06-339
                        )
MARVIN CRAWFORD THOMPSON,    )
      Defendant.        )

## ORDER

This matter came before the Court on an oral Motion to Dismiss entered by the State of Alabama. After having considered the same, said motion is granted. This matter is hereby dismissed and the Defendant shall be released from any pending bond in this matter.

The Bench Warrant issued in this matter is hereby withdrawn.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to counsel for the Defendant.

DONE this the 4th day of March, 2008.

_____
TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS

MAR    4 2008

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

## CERTIFICATE OF SERVICE

THIS  certifies that on or about March 28,2008 a copy of this motion was sent to the office of the assistant U.S.ATTORNEY TOMMIE BROWN HARDWICK at P.O.BOX 197 Montgomery AL 36101-0197 by prepaid U.S. Postal Mail.

Done this _18th_ Day of _March_ 2008

I AM _Maru C Thompson_

Mr Marvin C. Thompson/84302-020
Yazoo Federal Correctional Inst
P.O.BOX 5000/1BL
Yazoo City MS 39194

JACKSON MS 392

28 MAR 2008 PM 2 L

LET US DARE TO
THINK, SPEAK A
John Adams, 176



USA
41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

P.O.BOX 711
MONTGOMERY ALABAMA 36101-0711

3610140711