IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 3:07cv915-ID |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Upon careful CONSIDERATION of Petitioner Marvin C. Thompson's Appeal from the Order on Motion for Hearing, filed April 9, 2008, which the court construes as an objection made pursuant Rule 72(a) of the Federal Rules of Civil Procedure, it is ORDERED that said objection be and the same is hereby OVERRULED inasmuch as the order to which Petitioner objects is neither clearly erroneous nor contrary to law.  See Fed. R. Civ. P. 72(a).

Done this 11th day of April, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE