MARVIN C. THOMPSON
    PETITIONER

V.

UNITED STATES OF AMERICA

REF: CIVIL ACTION NO.3:07cv915-

**APPEAL TO THE ELEVENTH CIRCUIT COURT
OF APPEALS FROM THE DISTRICT COURTS
ORDER OVERULING PETITIONER'S APPEAL**

**COMES NOW THE PETITIONER;**

Styled above Pursuant to Rule 72(a) but moreover **28 § 636** where **(4)(b)(1)(A)** says "a judge may designate a magistrate to hear and determine any pretrial matter pending before the court **Except** a motion for injunctive relief, for judgement on the pleadings, for summary judgement, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or permit maintenance of a class action, **to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss action.** A judge of the court may reconsider any pretrial matter under this subparagraph(A) where it has been shown that magistrate's order is clearly erroneous or contrary to law."

Contrary to the courts **April 11,2008 Order**, the matter appealed from not only surrounds clearly erroneous ruling by the Magistrate but is clearly contrary to law, where according to **USCS Title (5-574(a)(4) states "Pursuant to violation of law which has resulted in manifest injustice"** demonstrates the governments failure to state a claim upon which relief can be granted, and based upon the record and **Cave v. Singletary,971 F.2d 1513(11th Cir.1992)**, Also **Tower V. Phillips**

**979 F.2d 807 (11th Cir. 1992).** The new evidence assertion along with the state courts order provided the district court with evidence of petitioner's actual innocence and with this new evidence adding undisputed facts to support petitioners not guilty assertion throughout every stage of the proceedings, makes clear that the government failed to state a claim upon which relief can be granted. The petitioner relies upon the record, facts, testimony, §2255, and First Amendment petition to redress grievance, all of which the court has presently filed before it. Fair and impartial review of the evidence presented can only be had through the courts expedited review of the petitioners assertions and evidence. The U.S. district court had a duty to review petitioners claims based upon the innocence assertion, and the nature of the proceedings being conducted without effective assistance of counsel and denial of material eye witness testimony, That justice might be served and that an innocent man does not remain denied of the liberty that he has been deprived of. Petitioner appeals the **April 11,2008 order** of the district court and its magistrate and petitions the Court of Appeals for an order based upon the facts and the record before the district court with <u>**New Evidence**</u> attached <u>**Vacating the revocation**</u> stemming from the **November 17,2005 Arrest**, which caused this petitioners supervised release to be revoked by the district court on **April 4,2006.**

Done this 17th day of April 2008

I AM. *Marc C. Thompson*

## CERTIFICATE OF SERVICE

I _Marion Thompson_ Do hereby Certify that a copy of the petitioner's appeal has been sent to the parties named herein U.S.Postal Mail First Class on the date stated.

U.S.District Court - P.O.BOX 711 Montgomery,AL 36101-0711

U.S.Attorney        - Leura G.Canary/Tommy Brown Hardwick-One Court Square-suite 201,Montgomery Al 36104

U.S.Magistrate- P.O.BOX 711 Montgomery Al 36101-0711

Done this _17th_ day of _April_ 2008

I AM. _Marion C. Thompson_

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv915-ID |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for a hearing filed by Petitioner on April 9, 2008 (Doc. 27), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11st day of April, 2008.

_/s/Terry F. Moorer_
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN C. THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 3:07cv915-ID |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Upon careful CONSIDERATION of Petitioner Marvin C. Thompson's Appeal from the Order on Motion for Hearing, filed April 9, 2008, which the court construes as an objection made pursuant Rule 72(a) of the Federal Rules of Civil Procedure, it is ORDERED that said objection be and the same is hereby OVERRULED inasmuch as the order to which Petitioner objects is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

Done this 11th day of April, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

MARVIN C. THOMPSON )
    Petitioner, )
)
VS, )     Civil No. 3:07cv915-ID
)
UNITED STATES OF AMERICA )
    Respondents, )
)

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN
DIVISION

FIRST AMENDMENT PETITION TO
REDRESS GRIEVANCE BY JUDICIAL
REVIEW

IN THE FOREGOING MATTER; In propria personamn

In 2001 the above styled petitioner was released from the federal bureau of prisons and began serving a five year supervised release, from this point the petitioner resided, in Lanett Alabama at his release residence. Petitioner remained gainfully employed and did abide by all the terms set out in his conditions of supervised release, as attested to by his probation officer's Rosalyn Oliver and James Chappel. On **NOVEMBER 17,2005** the petitioner's liberty was interrupted and he was subsequently violated for three offenses which the court determined, violative of the conditions of petitioners supervised release. Petitioner asserted from the initial stages of his Federal Supervised Release Revocation Hearing, that he was actually innocent and was the i.e Aggrieved person in those proceedings.

Petitioner now comes before this court pursuant to USCS Title 5-575(a)(4) pursuant to violation of law which has resulted in manifest injustice, against the Aggrieved person Marvin C. Thompson. Petitioner further supports this assertion

Pursuant to Title (5-581).Judicial Review accompanied by an affidavit in support of position.The above styled petitioner was convicted and sentenced by this court per the revocation proceedings asserted by U.S.Probation on **April 4,2006** through petition for revocation of supervised release.The alleged violations were as follows

**Count-(1) Obstructing a Governmental Operation.**

**Count-(2) Unlawful Possession of a Controlled Substance,Cocaine.**

**Count-(3) Convicted Felon with a High Point 9mm Firearm.**

and lists the Case Number: 3:92cr162-IDM,DEFENDANT Marvin C. Thompson @ pages 2 of 4 and 4 of 4 also the same;Petitioner moves to redress grievance by judicial review upon this matter and asserts <u>Manifest Injustice</u> **in violation of the law and judgement in the proceedings,based upon the record and the attached documentation titled Exhibit (A) dismissal of all Charges asserted by motion of the State of Alabama**,on March 4,2008.Petitioner respectfully moves upon the court for a swift and immediate order to the Federal Bureau of Prisons,for an Immediate Release Based upon the courts Judicial Review and determination that the petitioner's accusers have removed any warrants and dismissed charges & the alleged traffic violation which removes all cause from the original petition for arrest and subsequent revocation of supervised release.Petitioner's assertions in his **§2255 motions are supported by this action and serves to establish that petitioner requires the due process afforded the actually innocent,by swift and immediate remedy and redress.**

Petitioner does hereby certify under penalty of perjury that the foregoing is true and has been stated without the intent to defraud or delay.

*Marvin C Thompson* 3/10/08

**CERTIFICATION**

I *Marvin C Thompson* Do hereby certify that a copy of the foregoing has been sent to the U.S.Attorney/Public Defenders Office.postage pre-paid U.S.Mail,on this date. **March 10,2008.**

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA, )
    Plaintiff, )
  )
vs. )   Case No. CC-06-339
  )
MARVIN CRAWFORD THOMPSON, )
    Defendant. )

## ORDER

This matter came before the Court on an oral Motion to Dismiss entered by the State of Alabama. After having considered the same, said motion is granted. This matter is hereby dismissed and the Defendant shall be released from any pending bond in this matter.

The Bench Warrant issued in this matter is hereby withdrawn.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to counsel for the Defendant.

DONE this the 4th day of March, 2008.

_____
TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS

MAR 4 2008

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

Marvin C. Thompson
Yazoo Federal Correctional INST
P.O.BOX 5001BL
Yazoo,City MS 39194

## NOTICE OF ACTION

Notice:

Is being sent to this most Honorable Court recognizing that the record does reflect the courts decision affirming the Appeal submitted by Attorney;Donnie Bethel,counsel of record.The ineffective Representation by Counsel served to further Aggrieve,injure and deny due process.The motion herein reflects the damages done to me and confirms the actual innocence asserted through out the revocation proceedings and appeal.This motion was given to Yazoo FCC-Low, Staff on Monday March 10,2008 but what ever the reason the motion had not made it to the U.S.District Court In Montgomery AL,as of today.I have prepared an additional copy and sent it to them certified return reciept,along with an additional copy to the U.S.Attorneys Office;and also now to this Honorable Court. Hopefully this will result in the Lower Courts Decision to immediately vacate the conviction and sentence without further suffering being imposed by other delays.The Courts Over seeing of this Matter would be deeply appreciated.

Done this 17th day of March 2008

I AM. *Marvin C Thompson*
Aggrieved Person

| | |
|---|---|
| MARVIN C. THOMPSON<br>Petitioner, | )<br>)<br>) |
| V | )   ONLY TO REF: CIVIL NO-3:07cv915-<br>)<br>) |
| UNITED STATES OF AMERICA<br>Respondents, | )<br>)<br>) |

## MOTION FOR HEARING ON NEW EVIDENCE
## STYLED FIRST AMENDMENT PETITION TO
## REDRESS GRIEVANCE BY JUDICIAL REVIEW

**The Matter referenced above;**

was construed as a statement of facts supporting claims,and entered it under the current § 2255 that was before it for review.The petitioner does understand how what he intended to be an introduction to his petition for redress grievance by judicial review was not entered as he had intended.Due to the caption and reference manner he chose.Petitioner does now seek to have that matter re-considered and corrected by this motion.The primary purpose for the initial filing on March 10 2008 and the re-filing that the court finally recieved on March 21,2008 was to address the matter styled as exhibit (**A**) the state courts order **Dismissing** all charges stemming from the **November 17,2005** arrest which caused the Violation of this petitioners supervised release.Petitioner seeks a set hearing/ruling regarding the Actual Innocence assertion and the documented proof that he was not guilty of the charged conduct alleged in the **April 4,2006 Proceedings where the court found by preponderance of the evidence that he violated the conditions of his supervised release** ,based solely upon the charged conduct and testimony that has been rendered insufficient to support the claims.Petitioner appeals to this courts sense of fairness and reason for an immediate review/ruling,based

upon the facts,and the states clear determination that the charges were not supported by the evidence that could connect the petitioner to any violation of law.The petitioers supervised release was violated based upon these charges and allegations that have no merit or support in law or facts and the petitioner has been severely damaged by the proceedings that caused the petition for revocation to proceed.the petitioner has suffered tremendously and along with his near terminally ill mother who has been denied adequate care since his **April 4,2005 Violation.** Petitioners supervised release was completed on **December,2006** and he has continuously been incarcerated for these false charges for over (23) months,to delay a ruling in this cause would deny the due process afforded the actually innocent and severely damage the perception of justice.Therefore petitioner beseeches this most Honorable Court to delay no further its ruling and accept the evidence in totality that has been presented and rule favorably for an immediate release of this **Aggrieved Person.**

Done this 17th day of March 2008.

I AM *Marion C. Thompson.*

## CERTIFICATE OF SERVICE

THIS certifies that on or about March 28, 2008 a copy of this motion was sent to the office of the assistant U.S. ATTORNEY TOMMIE BROWN HARDWICK at P.O. BOX 197 Montgomery AL 36101-0197 by prepaid U.S. Postal Mail.

Done this 28th Day of March 2008

I AM Marc C. Thompson

Mr Marvin C. Thompson/84302-020
Yazoo Federal Correctional Inst.
P.O.BOX 5000/1BL
Yazoo City MS 39194




         office of the clerk
U.S.DISTRICT COURT FOR THE
    MIDDLE DISTRICT OF ALABAMA
    P.O.BOX 711
    MONTGOMERY AL 36101-0711

361010711 B007