Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 25, 2008

**Appeal Number: 08-12057-G**
Case Style: Marvin Thompson v. USA
District Court Number: 07-00915 CV-D-E

TO:   Marvin C. Thompson (84302-020)

CC:   Debra P. Hackett

CC:   Tommie Brown Hardwick

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2008

Marvin C. Thompson (84302-020)
Oakdale FCI
PO BOX 5000
OAKDALE  LA  71463-5000

**Appeal Number: 08-12057-G**
Case Style: Marvin Thompson v. USA
District Court Number:  07-00915 CV-D-E
SECONDARY CASE NO: 92-00162-CR-D-E

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c: District Court Clerk

Encl.

HAB-1 (11-2007)