Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

June 03, 2008

**Appeal Number: 08-12057-G**
Case Style: Marvin Thompson v. USA
District Court Number:  07-00915 CV-D-E

TO:   Debra P. Hackett

CC:   Marvin C. Thompson (84302-020)

CC:   Tommie Brown Hardwick

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 03, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-12057-G**
Case Style: Marvin Thompson v. USA
District Court Number:  07-00915 CV-D-E
SECONDARY CASE NO: 92-00162-CR-D-E

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12057-G

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 3 2008
THOMAS K. KAHN
CLERK

MARVIN THOMPSON,

                              Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                              Respondent-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before TJOFLAT, BLACK, and WILSON, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Because the district court's order, entered on the district court's docket on April 11, 2008, did not dispose of all of the claims of all of the parties and was not certified pursuant to Federal Rule of Civil Procedure 54(b), it is not final or immediately appealable. See 28 U.S.C. §§ 1291, 1292; Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

_____
Deputy Clerk
Atlanta, Georgia