THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:07-CV-915-ID |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **ORDER**

On January 16, 2009, the Magistrate Judge filed a Recommendation (Doc. 45) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED;

2. The 28 U.S.C. § 2255 motion filed by Petitioner be and the same is hereby DENIED, as the claims therein entitle him to no relief.

A judgement in accordance with this Order shall be entered separately.

Done this 4th day of February, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE