THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:07-CV-915-ID |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is CONSIDERED, ORDERED and ADJUDGED that the motion for relief be and the same is hereby DENIED and this action be and the same is hereby DISMISSED. The parties shall bear their own costs.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 4th day of February, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE